11/4/22

2:21-cr-00460-

Dear Judge Barlow

RECEIVED US Dist Cou.
NOV 03 '22 PM 04

the Reason for this letter is Im trying to get moved to another Jail I've ask to go to Toolee County Our Somewhere I Can feel Im Safe. I keep hearing people Talk about how they going to get me. because they say I've Tell' on the Cartel. Im tired of leaving In stress if This keeps going I won't Make it to a Ending in this all Im asking is a simple Request thats all I feel my hands are tide beyond my back Im sick of having to look Over my shoulder all the time. not only the Cartel but Sur & Sur aswell I haven't been a part of that gang scences 2015 my Codefendent (Breun Newton) is tell eveyone Im tell on him to So please move me were I Can find Some peace of mind

Thank You

Inmate Name: Micheal Struder
Booking #: 2103709A
SO/Permanent #: 193465
Location: A-1-21-B

**Salt Lake County Metro Jail**
**3415 South 900 West**
**Salt Lake City, UT 84119**

Fedral Court House
Att Judge Barlow Court Room #8
351 South west Temple
Salt Lake City Ut 84101