IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Copy

| UNITED STATES<br><br>VS<br><br>MICHEAL STRADER | MOTION For: Transferred To Another Fedral Holding Facility.<br><br>Case NO: 2:21mj797-DAO<br>2:21-CR-00460-DBB<br>Judge: Barlow<br><br>FILED US District Court-UT<br>FEB 14 '23 AM 10:23 |
|---|---|

Comes Now Micheal STrader and for The Motion Strates:

1) Ive ask for fifteen Moonths To Be Moved To Another Fedral Holding facilicTy. My attorney STeve Mccaughy Has Not Got Me Moved.

2) Now Im file This Motion MySelf and asking to be Moved.

3) Ive been under So Much STress And My Blood Presure is Out of Contuol.

Dated 1/31/2023

Micheal Strader

DATE  1-31-2023                             *Michael Strader* (signature)